**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:    Michael Meade                                    Case Number:    14-51878
          Debtor

## ORDER CONFIRMING PLAN
## FILED ON 8/14/2014, Court Doc. # 2

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Michael Meade
210 Static Road
North Middletown, KY  40357

SMITH, PATRICK T
2240 EXECUTIVE DRIVE
SUITE 104
LEXINGTON , KY  40505

MANLEY DEAS KOCHALSKI LLC
P O BOX 165028
COLUMBUS, OH  43216-5028

SYNCHRONY BANK
% RECOVERY MANAGEMENT
SYSTEMS CORP
25 SE 2ND AVE
STE 1120
MIAMI, FL  33131-1605

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, October 03, 2014
(grs)